IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN RODNEY VEACH,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 06-565-GPM** |
| vs. ) | |
| ) | **CRIMINAL NO. 02-40074-GPM** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## ORDER

**MURPHY, District Judge:**

  This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On July 22, 2003, Petitioner pleaded guilty to one count involving the possession and distribution of cocaine; he was sentenced to 188 months imprisonment, 3 years supervised release, a fine of $1000, and a special assessment of $100. A year after his appeal was denied, Petitioner filed the instant motion under § 2255.

  Although Petitioner concedes that he waived his right to file a collateral challenge to his sentence, he now argues that trial counsel was constitutionally ineffective during plea negotiations and sentencing, such as to render counsel virtually non-existent.

  The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

  **IT IS SO ORDERED.**

  DATED: 10/25/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge
